Dismissed and Memorandum Opinion filed May 17, 2007








Dismissed
and Memorandum Opinion filed May 17, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00186-CV

____________

 

E INTERNATIONAL, L.L.C AND ASSAD
BOULOS, INDIVIDUALLY, Appellants

 

V.

 

CERTIFIED BUSINESS BROKERS II,
LTD., Appellee

 



 

On Appeal from County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No. 867916

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 13, 2007.  On May 10, 2007, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 17,
2007.

Panel consists of Justices Yates, Anderson, and Frost.